# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOHN KURTZ AND DONNA KURTZ, : No. 169 EM 2016
MARIA MICHEL, AURA GARCIA, MARIA :
KURTZ, MARGARITA KURTZ, SISTER :
PERLA OYUKY LOPEZ RUIZ, DOMINIC :
A. KURTZ, DOMENIC J. KURTZ, :
JOSEPH KURTZ, ALISHA RATLIFF AS :
PARENT AND LEGAL GUARDIAN OF :
NICHOLAS RATLIFF, A MINOR, DAVID :
KURTZ, GALINA KURTZ AND MICHAEL :
KURTZ, :
:
        Respondents :
:
:
:
      v. :
:
:
:
RENT-A-CENTER EAST, INC., RENT-A- :
CENTER, INC. AND MARK BROWN, :
:
        Petitioners

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2017, the Motion for Leave to File a Reply Brief is **GRANTED**, and the Petition for Review is **DENIED**.